UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANET MUSENDE,<br><br>       Plaintiff(s),<br><br>   v.<br><br>JOHN DOE, et al.,<br><br>       Defendant(s). | 23-CV-8932 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

  An order issued October 17, 2023, scheduled an initial pretrial conference for December 5, 2023, at 1:30 p.m. EST. *See* ECF No. 3. That order required the parties to file a joint status letter, attaching a proposed case management plan, by November 28, 2023. No such letter was filed. An order issued November 29, 2023, adjourned the deadline to file the required materials to December 5, 2023, and adjourned the initial conference to December 12, 2023, at 10:30 A.M. EST. *See* ECF No. 4. No such letter was filed. Plaintiff has not yet appeared.

  It is hereby **ORDERED** that, if the parties have been in communication, they shall file the required materials as soon as possible and no later than **January 2, 2024**. If Defendant has not been in contact with Plaintiffs, Defendant shall file a status letter on ECF describing his efforts to provide actual notice of this lawsuit to Plaintiffs. The initial conference on December 12, 2023, at 10:30 A.M. EST is **ADJOURNED** to **January 9, 2024, at 11:30 a.m. EST**. The conference will be telephonic. The parties shall join the conference by dialing (646) 453-4442 and entering the conference ID: 500 172 041, followed by the pound sign (#).

  It is further **ORDERED** that Defendant shall serve this order on Plaintiff via Federal Express and file proof of service on ECF by **December 13, 2023**. Defendant is apprised that failure to comply with Court orders may result in sanctions.

  SO ORDERED.

Dated: December 6, 2023
      New York, New York

                                           DALE E. HO
                                  United States District Judge